### UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 21, 2017

Mr. John Anthony Gentry
208 Navajo Court
Goodlettsville, TN 37072

Re: Case No. 17-5204, *John Gentry v. Joe Thompson*
    Originating Case No. : 3:16-cv-02617

Dear Mr. Gentry,

   This case has been docketed as case number **17-5204** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

   When you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing. Counsel's appearance form must be filed electronically by **March 7, 2017**.

   The briefing schedule listed below gives you the opportunity to present your issues to the court in your own words. You may follow these requirements or use the simplified briefing form which is enclosed. Your brief is considered timely if it is mailed to the clerk by first-class mail, or dispatched to a commercial carrier for delivery to the clerk within three days, or received in the court by the filing date indicated below. *See* Fed. R. App. P. 25(a)(2)(B). If the brief is filed late, the case is at risk of being dismissed for want of prosecution.

|   |   |
|---|---|
| Appellant's or Petitioner's Brief | 1 signed original<br>Limit of 30 pages or 13,000 words<br>Filed by **April 5, 2017** |

| | |
|---|---|
| Appellee's or Respondent's Brief | Filed electronically by **May 8, 2017** |
| Appellant's or Petitioner's Reply Brief<br>(Optional Brief) | 1 signed original<br>Limit of 15 pages or 6,500 words<br>Filed **17** days after opposing counsel's brief |

    The Clerk's office cannot give you legal advice but if you have questions about appellate procedures, please contact the office for assistance.

                      Sincerely yours,

                      s/Amy E. Gigliotti
                      Case Manager
                      Direct Dial No. 513-564-7012

cc:  Mr. Joseph P. Ahillen

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 17-5204

JOHN ANTHONY GENTRY

    Plaintiff - Appellant

v.

THE HONORABLE JOE H. THOMPSON, Circuit Court Judge

    Defendant - Appellee