RECEIVED
MAY 17 2017
DEBORAH S. HUNT, Clerk

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**JOHN ANTHONY GENTRY,**

Plaintiff - Appellant

v.                                                                      No. 17-5204

**THE HONORABLE JOE H. THOMPSON,**
**Circuit Court Judge**

Defendant - Appellee

---

## CORRECTION TO: VERIFIED EMERGENCY MOTION TO STAY STATE COURT PROCEEDINGS AND ESTOPPEL BY CONDUCT

---

Appellant MR. GENTRY hereby corrects the above referenced motion.

MR. GENTRY inadvertently neglected to attach **EXHIBIT 8** to his motion.

Attached is **EXHIBIT 8** in correction of that harmless error.

Respectfully submitted,

John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
John.a.gentry@comcast.net

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via email and via First Class US Mail, postage prepaid to;

Joseph Ahillen, BPR # 028378
Assistant Attorney General
Civil Rights and Claims Division
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207

Jaclyn L. McAndrew
Assistant Attorney General
Civil Rights and Claims Division
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207

On this the 14th day of May, 2017

John Anthony Gentry, CPA



**State of Tennessee**
**Appellate Courts**
**Unallocated Cost Bill Items**

## M2016-01765-COA-R3-CV
### JOHN ANTHONY GENTRY v. KATHERINE WISE GENTRY

**EVENTS**

| Date | | Amount | Qty. | Total | Comments |
|---|---|---|---|---|---|
| 02/15/2017 | **Order Related to Extension - Granted** | | | $21.00 | Unallocated |
| | Non-Certified Copy Charge | $1.00 | 2 | $2.00 | |
| | Notice(s) Mailed (CIVIL) | $6.00 | 2 | $12.00 | |
| | Entering Information in Database | $1.00 | 1 | $1.00 | |
| | Order Filed | $6.00 | 1 | $6.00 | |
| 02/14/2017 | **Response - to Motion** | | | $28.00 | Unallocated |
| | Motion or Response Filed or Received | $5.00 | 3 | $15.00 | |
| | Notice(s) Mailed (CIVIL) | $6.00 | 2 | $12.00 | |
| | Entering Information in Database | $1.00 | 1 | $1.00 | |
| 02/13/2017 | **Appellate Record - Checked Out** | | | $16.00 | Unallocated |
| | Notice(s) Mailed (CIVIL) | $6.00 | 2 | $12.00 | |
| | Entering Information in Database | $1.00 | 1 | $1.00 | |
| | Record Check In or Out | $3.00 | 1 | $3.00 | |
| 02/13/2017 | **Motion for Extension to File - Brief** | | | $28.00 | Unallocated |
| | Motion or Response Filed or Received | $5.00 | 3 | $15.00 | |
| | Notice(s) Mailed (CIVIL) | $6.00 | 2 | $12.00 | |
| | Entering Information in Database | $1.00 | 1 | $1.00 | |
| 02/13/2017 | **Clerk's Note - Exhibit Sign Out Sheet Received** | | | $1.00 | Unallocated |
| | Entering Information in Database | $1.00 | 1 | $1.00 | |
| 02/08/2017 | **Brief - Appellant's Brief Filed** | | | $33.00 | Unallocated |
| | Brief or Supplemental Authority Filed | $4.00 | 5 | $20.00 | |
| | Notice(s) Mailed (CIVIL) | $6.00 | 2 | $12.00 | |
| | Entering Information in Database | $1.00 | 1 | $1.00 | |
| 01/30/2017 | **Order - Supplement to Record** | | | $28.00 | Unallocated |
| | Non-Certified Copy Charge | $1.00 | 3 | $3.00 | |
| | Notice(s) Mailed (CIVIL) | $6.00 | 3 | $18.00 | |
| | Entering Information in Database | $1.00 | 1 | $1.00 | |
| | Order Filed | $6.00 | 1 | $6.00 | |
| 01/30/2017 | **Appellate Record - Supplemental Filed** | | | $25.00 | Unallocated |



EXHIBIT 8

Page 1 of 4



## State of Tennessee
## Appellate Courts
## Unallocated Cost Bill Items

| Date | Description | Rate | Qty | Amount | Status |
|---|---|---|---|---|---|
| | Notice(s) Mailed (CIVIL) | $6.00 | 3 | $18.00 | |
| | Entering Information in Database | $1.00 | 1 | $1.00 | |
| | Technical Record Volume(s) Filed | $6.00 | 1 | $6.00 | |
| 01/27/2017 | **Appellate Record - Supplemental Received** | | | **$1.00** | **Unallocated** |
| | Entering Information in Database | $1.00 | 1 | $1.00 | |
| 01/25/2017 | **Appellate Record - Checked In from View** | | | **$4.00** | **Unallocated** |
| | Entering Information in Database | $1.00 | 1 | $1.00 | |
| | Record Check In or Out | $3.00 | 1 | $3.00 | |
| 01/25/2017 | **Appellate Record - Checked Out to View** | | | **$4.00** | **Unallocated** |
| | Entering Information in Database | $1.00 | 1 | $1.00 | |
| | Record Check In or Out | $3.00 | 1 | $3.00 | |
| 01/25/2017 | **Motion - Supplement Record** | | | **$28.00** | **Unallocated** |
| | Motion or Response Filed or Received | $5.00 | 3 | $15.00 | |
| | Notice(s) Mailed (CIVIL) | $6.00 | 2 | $12.00 | |
| | Entering Information in Database | $1.00 | 1 | $1.00 | |
| 01/24/2017 | **Appellate Record - Checked In from View** | | | **$4.00** | **Unallocated** |
| | Entering Information in Database | $1.00 | 1 | $1.00 | |
| | Record Check In or Out | $3.00 | 1 | $3.00 | |
| 01/24/2017 | **Appellate Record - Checked Out to View** | | | **$4.00** | **Unallocated** |
| | Entering Information in Database | $1.00 | 1 | $1.00 | |
| | Record Check In or Out | $3.00 | 1 | $3.00 | |
| 01/13/2017 | **Appellate Record - Original Filed** | | | **$539.00** | **Unallocated** |
| | Exhibit(s) Filed | $4.00 | 65 | $260.00 | |
| | Technical Record Volume(s) Filed | $6.00 | 26 | $156.00 | |
| | Transcript of Evidence Volume(s) Filed | $6.00 | 12 | $72.00 | |
| | Statement of Evidence Volume(s) Filed | $6.00 | 4 | $24.00 | |
| | Notice(s) Mailed (CIVIL) | $6.00 | 3 | $18.00 | |
| | Other Volume(s) Filed | $4.00 | 2 | $8.00 | |
| | Entering Information in Database | $1.00 | 1 | $1.00 | |
| 12/28/2016 | **Appellate Record - Original Received** | | | **$1.00** | **Unallocated** |
| | Entering Information in Database | $1.00 | 1 | $1.00 | |
| 12/20/2016 | **Order Related to Extension - Granted** | | | **$28.00** | **Unallocated** |
| | Non-Certified Copy Charge | $1.00 | 3 | $3.00 | |



## State of Tennessee
## Appellate Courts
## Unallocated Cost Bill Items

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Notice(s) Mailed (CIVIL) | $6.00 | 3 | $18.00 |  |
|  | Entering Information in Database | $1.00 | 1 | $1.00 |  |
|  | Order Filed | $6.00 | 1 | $6.00 |  |
| 12/13/2016 | **Motion for Extension to File - Record** |  |  | **$34.00** | **Unallocated** |
|  | Motion or Response Filed or Received | $5.00 | 3 | $15.00 |  |
|  | Notice(s) Mailed (CIVIL) | $6.00 | 3 | $18.00 |  |
|  | Entering Information in Database | $1.00 | 1 | $1.00 |  |
| 12/09/2016 | **Opinion - Filed** |  |  | **$58.00** | **Unallocated** |
|  | Copy Charge | $1.00 | 21 | $21.00 |  |
|  | Notice(s) Mailed (CIVIL) | $6.00 | 3 | $18.00 |  |
|  | Opinion Postage Fee (TCA 27-1-119) | $2.00 | 3 | $6.00 |  |
|  | Entering Information in Database | $1.00 | 1 | $1.00 |  |
|  | Judgment Filed | $8.00 | 1 | $8.00 |  |
|  | Opinion Filed or Mailed | $4.00 | 1 | $4.00 |  |
| 11/22/2016 | **Motion - for Court Review (Recusal)** |  |  | **$28.00** | **Unallocated** |
|  | Motion or Response Filed or Received | $5.00 | 3 | $15.00 |  |
|  | Notice(s) Mailed (CIVIL) | $6.00 | 2 | $12.00 |  |
|  | Entering Information in Database | $1.00 | 1 | $1.00 |  |
| 11/03/2016 | **Order - Exceed Page Limitation Denied** |  |  | **$21.00** | **Unallocated** |
|  | Non-Certified Copy Charge | $1.00 | 2 | $2.00 |  |
|  | Notice(s) Mailed (CIVIL) | $6.00 | 2 | $12.00 |  |
|  | Entering Information in Database | $1.00 | 1 | $1.00 |  |
|  | Order Filed | $6.00 | 1 | $6.00 |  |
| 11/01/2016 | **Response - to Motion** |  |  | **$28.00** | **Unallocated** |
|  | Motion or Response Filed or Received | $5.00 | 3 | $15.00 |  |
|  | Notice(s) Mailed (CIVIL) | $6.00 | 2 | $12.00 |  |
|  | Entering Information in Database | $1.00 | 1 | $1.00 |  |
| 10/31/2016 | **Motion - Exceed Page Limitations** |  |  | **$28.00** | **Unallocated** |
|  | Motion or Response Filed or Received | $5.00 | 3 | $15.00 |  |
|  | Notice(s) Mailed (CIVIL) | $6.00 | 2 | $12.00 |  |
|  | Entering Information in Database | $1.00 | 1 | $1.00 |  |
| 09/12/2016 | **Notice (Incoming) - Correspondence Received** |  |  | **$1.00** | **Unallocated** |
|  | Entering Information in Database | $1.00 | 1 | $1.00 |  |
| 09/02/2016 | **Notice (Incoming) - Correspondence Received** |  |  | **$1.00** | **Unallocated** |



**State of Tennessee**
**Appellate Courts**
**Unallocated Cost Bill Items**

|  |  | Amount | Qty. | Total | Comments |
|---|---|---|---|---|---|
|  | Entering Information in Database | $1.00 | 1 | $1.00 |  |
| 09/02/2016 | **Notice (Incoming) - Correspondence Received** |  |  | **$1.00** | Unallocated |
|  | Entering Information in Database | $1.00 | 1 | $1.00 |  |
| 08/30/2016 | **Bond - Cash Deposited with Appellate Court** |  |  | **$23.00** | Unallocated |
|  | Notice(s) Mailed (CIVIL) | $6.00 | 3 | $18.00 |  |
|  | Bond Filed or Received | $4.00 | 1 | $4.00 |  |
|  | Entering Information in Database | $1.00 | 1 | $1.00 |  |
| 08/26/2016 | **Initiating Document - TRAP 3 Notice of Appeal** |  |  | **$23.00** | Unallocated |
|  | Notice(s) Mailed (CIVIL) | $6.00 | 3 | $18.00 |  |
|  | Entering Information in Database | $1.00 | 1 | $1.00 |  |
|  | TRAP 3 Notice of Appeal Received | $4.00 | 1 | $4.00 |  |

**OTHER COSTS**

| Date |  | Amount | Qty. | Total | Comments |
|---|---|---|---|---|---|
| 02/15/2017 | **Custom Tickler** |  |  | **$1.00** | Unallocated |
|  | Manual Tickler Entered in Database | $1.00 | 1 | $1.00 |  |
| 11/08/2016 | **Custom Tickler** |  |  | **$1.00** | Unallocated |
|  | Manual Tickler Entered in Database | $1.00 | 1 | $1.00 |  |

Total Fees this Case: $1,041.00
Total All Cases: $1,041.00



U.S. Court of Appeals
Sixth Circuit
100 East Fifth Street
Room 540
Potter Stewart Courthouse
Cincinnati, OH
45202-3988

John A. Gentry
208 Navajo Court
Goodlettsville TN
37072